IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIRST MANAGEMENT, INC. | |
| Plaintiff, | **8:25CV540** |
| vs. | |
| | **FINAL PROGRESSION ORDER** |
| GREAT NORTHERN INSURANCE COMPANY, | **(AMENDED)** |
| Defendant. | |

IT IS ORDERED that the joint motion to amend, Filing No. 30, is granted. The final progression order, Filing No. 13, is amended as follows:

1)   The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for July 21, 2026 is <u>continued</u> and will be held with the undersigned magistrate judge on **September 22, 2026** at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)   The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is May 29, 2026.

3)   The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

       For the plaintiff(s):          June 30, 2026.

       For the defendant(s):         June 30, 2026.

1

Rebuttal:                    August 28, 2026.

4)    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 22, 2026.

5)    The deadline for filing motions to dismiss and motions for summary judgment is October 30, 2026.

6)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 16, 2026.

7)    Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8)    All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 24th day of March, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

2