IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FIRST MANAGEMENT, INC.,

        Plaintiff,

    vs.

GREAT NORTHERN INSURANCE
COMPANY,

        Defendant.

**8:25CV540**


**ORDER OF DISMISSAL**

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 36).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to bear their own costs and fees.


Dated this 10th day of July, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge